IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Rule, William V | Case Number: 04 B 01175 |
|---|---|---|
| | Rule, Phoebe B | Judge: Wedoff, Eugene R |
| | Printed: 8/26/08 | Filed: 1/12/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 21, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 54,727.43 | |
| Secured: | | 19,361.97 |
| Unsecured: | | 30,097.62 |
| Priority: | | 0.00 |
| Administrative: | | 2,294.00 |
| Trustee Fee: | | 2,942.30 |
| Other Funds: | | 31.54 |
| Totals: | 54,727.43 | 54,727.43 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 2,294.00 | 2,294.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 5. | Charter One Auto Finance | Secured | 15,265.43 | 15,265.43 |
| 6. | CitiMortgage Inc | Secured | 2,166.54 | 2,166.54 |
| 7. | Irwin Home Equity | Secured | 866.26 | 866.26 |
| 8. | EMC Mortgage Corporation | Secured | 1,063.74 | 1,063.74 |
| 9. | EMC Mortgage Corporation | Unsecured | 650.00 | 650.00 |
| 10. | EMC Mortgage Corporation | Unsecured | 350.00 | 350.00 |
| 11. | ECast Settlement Corp | Unsecured | 3,672.73 | 3,672.73 |
| 12. | Charter One Auto Finance | Unsecured | 760.00 | 760.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,202.28 | 1,202.28 |
| 14. | Resurgent Capital Services | Unsecured | 9,440.58 | 9,440.58 |
| 15. | Direct Merchants | Unsecured | 1,272.48 | 1,272.48 |
| 16. | American General Finance | Unsecured | 1,719.07 | 1,719.07 |
| 17. | Resurgent Capital Services | Unsecured | 5,609.42 | 5,609.42 |
| 18. | ECast Settlement Corp | Unsecured | 1,877.64 | 1,877.64 |
| 19. | First National Bank of Omaha | Unsecured | 1,416.33 | 1,416.33 |
| 20. | B-First | Unsecured | 221.72 | 221.72 |
| 21. | ECast Settlement Corp | Unsecured | 1,644.14 | 1,644.14 |
| 22. | Capital One | Unsecured | 1,163.37 | 0.00 |
| 23. | Capital One | Unsecured | 404.60 | 0.00 |
| 24. | Resurgent Capital Services | Unsecured | 261.23 | 261.23 |
| 25. | Amoco Associates Credit Card | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Rule, William V  
Rule, Phoebe B  
Printed: 8/26/08

Case Number: 04 B 01175  
Judge: Wedoff, Eugene R  
Filed: 1/12/04

| | | | |
|---|---|---|---|
| 26. Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 27. State Farm Insurance Co | Unsecured | | No Claim Filed |
| 28. Household Finance | Unsecured | | No Claim Filed |
| 29. Worldcom Wireless | Unsecured | | No Claim Filed |
| 30. American Express | Unsecured | | No Claim Filed |

$ 53,321.56    $ 51,753.59

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 378.00 |
| 4% | 216.00 |
| 6.5% | 634.50 |
| 3% | 48.59 |
| 5.5% | 800.61 |
| 5% | 191.56 |
| 4.8% | 269.71 |
| 5.4% | 403.33 |

$ 2,942.30

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

